UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN LINDEN,

    Plaintiff

v.                                      CASE NO. 8:08-cv-01507-T-17 TBM

KOWABUNGA, INC., AND
STAN ANTONUK Individually
And in his official capacity,

    Defendants    /

## NOTICE OF PARTIAL DISMISSAL

Plaintiff hereby dismisses his claims for violation of Computer Fraud and Abuse Act and violation of Electronic Storage Act.[1] Plaintiff intends to continue vigorously to prosecute Count I, titled "Retaliation Under Equal Pay Act Against Kowabunga and Antonuk".

_____
Nicholas J. Taldone, Esquire
2536 Countryside Blvd., Suite 100 E
Clearwater, FL 33763-1607
Phone: (727) 712-1400
Fax:   (727) 725-3689
taldonelaw@msn.com
FBN: 102598

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court on the ___ day of January 2010, by using the CM/ECF system, which will send a notice of electronic filing to the following:

John D. Mullen, Esquire
Phelps Dunbar LLP
100 South Ashley Drive, Suite 1900
Tampa, FL 33602-5311

_____
Nicholas J. Taldone, Esquire

---

[1] These two claims are both erroneously labeled as Count III in the Amended Complaint.